## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §  CAUSE NO. DR-10-7258M(1) |
| | § |
| | § |
| JAVIER GALINDO-CABALLERO | § |

### DEFENDANT'S MOTION FOR CONTINUANCE
### OF PRELIMINARY HEARING

TO THE HONORABLE COLLIS WHITE, UNITED STATES MAGISTRATE JUDGE:

Defendant, JAVIER GALINDO-CABALLERO, though his attorney, Angela R. Saad, Assistant Federal Public Defender, respectfully moves this Honorable Court for a continuance of the current setting herein of October 8, 2010 and would respectfully show the Court as follows:

I.

This case is set for a preliminary hearing and detention hearing on October 8, 2010.

II.

Defense counsel is requesting a continuance because additional time is needed to prepare and confer.

III.

Defendant anticipates that the filing of this motion will result in excludable delay as contemplated by 18 U.S.C. § 3161(h)(8).

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant prays for a continuance of the preliminary and detention hearing until Wednesday, October 13, 2010, or at some other date which is more convenient to the Court.

        Respectfully submitted.
        HENRY J. BEMPORAD
        Federal Public Defender

        /S/ (Angela R. Saad)
        ANGELA R. SAAD
        Assistant Federal Public Defender
        Western District of Texas
        2205 Veterans Blvd. Ste. A2
        Del Rio, Texas 78840
        Tel.: 830.703.2040
        Fax: 830.703.2047
        State Bar Number: 24059016
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of October, 2010, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Erica Giese, Assistant U.S. Attorney, U.S. Courthouse, Del Rio, Texas

        /s/
        ANGELA SAAD
        *Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. DR-10-7258M(1) |
| JAVIER GALINDO-CABALLERO | § § § | |

**O R D E R**

On this day, came on to be considered by the Court the Motion for Continuance filed herein by Defendant, Javier Galindo-Caballero.

The Court, after considering same, is of the opinion that such Motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that the hearing currently set herein for October 8, 2010, is continued; and, such hearing is re-set for the _____ day of _____, 2010, at _____ o'clock, ____ .m.

SO **ORDERED** this the _____ day of _____, 2010.

_____
Collis White
United States Magistrate Judge